JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>TH FOODS, INC., an Illinois corporation,<br><br>    Defendants. | Case No. 2:24-cv-08558-SVW-JPR<br>Assigned to Honorable Stephen V. Wilson<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: August 27, 2024<br>Removed: October 4, 2024 |

The Court, having read and considered the joint motion for dismissal from Plaintiff Silvia Garcia and Defendant TH Foods, Inc., and good cause appearing therefor, hereby dismisses the instant action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure *with prejudice*. Defendant TH Foods, Inc. may submit its bill of costs as the prevailing party within the time allowed by Rule 54(d), Fed. R. Civ. P. and Local Rule 54-2.1.

Dated: March 12, 2025

_____
The Honorable Stephen V. Wilson
Judge of the United States District Court